

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

RECEIVED 2006 DEC 11 A 8:12

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CV1065-WKW |
|---|---|
| DEFENDANT<br>ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS | TYPE OF PROCESS<br>NOTICE OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
**MONTGOMERY ADVERTISER**

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
**POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
John T. Harmon - Assistant U.S. Attorney
U.S. Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
**Publish once weekly for three consecutive weeks.**

RETURNED AND FILED
MAR 15 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Signature of Attorney or other Originator requesting service on behalf of: PLAINTIFF ☐  DEFENDANT ☒
TELEPHONE NO. (334) 223-7280
DATE 11/29/06

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
Darlene L. Parker  12/27/06

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number Of process indicated: 1
District of Origin No.:
District to Serve No.:
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: Darlene L. Parker
DATE: 12/27/06

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 3/7/07
TIME OF SERVICE: 4:15  AM ☐  PM ☒

SIGNATURE, TITLE AND TREASURY AGENCY
Stephen G. Howeter  ATSAIC - USSS

**REMARKS:** Notice was published in the Montgomery Advertiser newspaper on January 5, 12, 19, 2007, as requested.

TD F 90-22.48 (6/96)

IN THE UNITED STATES
DISTRICT COURT FOR
THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF
AMERICA, PLAINTIFF,
V.
ONE THOUSAND ONE
HUNDRED FORTY NINE
DOLLARS ($1,149) IN
UNITED STATES CURRENCY, DEFENDANT

CIVIL ACTION NO.
2:06CV1065-WKW

NOTICE OF ARREST
AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued Warrant of Arrest In Rem for the forfeiture of the Defendant One Thousand One Hundred Forty Nine ($1,149) Dollars in United States Currency, which was seized from Adlai Clarke, Tabitha Jackson and Barryre Reese on June 27, 2006, in Greenville, Alabama.

Any person claiming an interest in the Defendant Currency must file a claim asserting that interest, in the manner set forth in Title 18, United States Code, Section 983 (a) (4) (A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United Sates District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States
Attorney
Office of the United States
Attorney
Middle District of Alabama
One Court Square, Suit 201
(36104)
Post Office Box 197
Montgomery, Alabama
36101-0197
Telephone: (334) 223-7280

Additional procedures and regulations regarding this forfeiture action are found at Title 19, Untied States Code, Section 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendant Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

UNITED STATES
TREASURY DEPARTMENT

Mont. Adv. 1/5,
1/12,1/19/2007

712828

IN THE UNITED STATES
DISTRICT COURT FOR
THE MIDDLE DISTRICT
OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF
AMERICA, PLAINTIFF,
V.
ONE THOUSAND ONE
HUNDRED FORTY NINE
DOLLARS ($1,149) IN
UNITED STATES CURRENCY, DEFENDANT

CIVIL ACTION NO.
2:06CV1065-WKW

NOTICE OF ARREST
AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued Warrant of Arrest In Rem for the forfeiture of the Defendant One Thousand One Hundred Forty Nine ($1,149) Dollars in United States Currency, which was seized from Adlai Clarke, Tabitha Jackson and Barryre Reese on June 27, 2006, in Greenville, Alabama.

Any person claiming an interest in the Defendant Currency must file a claim asserting that interest, in the manner set forth in Title 18, United States Code, Section 983 (a) (4) (A), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United Sates District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States
Attorney
Office of the United States
Attorney
Middle District of Alabama
One Court Square, Suit 201
(36104)
Post Office Box 197
Montgomery, Alabama
36101-0197
Telephone: (334) 223-7280

Additional procedures and regulations regarding this forfeiture action are found at Title 19, Untied States Code, Section 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendant Currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

UNITED STATES
TREASURY DEPARTMENT

Mont. Adv. 1/5,
1/12,1/19/2007

712828

STATE OF ALABAMA )
MONTGOMERY COUNTY )

Before me, _Betty Dennis_, a Notary Public in and for the State and County aforesaid, personally appeared _LeCethia Johnson_, who, first being duly sworn according to law, deposes and says that she is BOOKKEEPER for The Advertiser Company, publishers of *The Montgomery Advertiser* and *The Prattville Progress* and that the legal advertisement appeared in the *Montgomery Advertiser* and that there is now due on said account the sum of $810.96 which is due, just and unpaid; and that no part of said account has been paid except as herein specified.

Sworn and subscribed before this 23rd day of Feb.

_Betty Dennis_
Notary Public, Montgomery Co., AL

MY COMMISSION EXPIRES 11/06/2010