331-06-002



RECEIVED

# Department of the Treasury

2006 DEC 11  A 8: 12

### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | 2:06cv1065 WKW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| **ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS** | **COMPLAINT, WARRANT & NOTICE** |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | **TABITHA JACKSON** |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | **1949 BONNER STREET - DECATUR, GEORGIA 30032** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **John T. Harmon - Assistant U.S. Attorney**<br>**U.S. Attorney's Office**<br>**Post Office Box 197**<br>**Montgomery, Alabama 36101-0197** | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | **3** |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF  X | TELEPHONE NO. | DATE |
|---|---|---|---|
| | DEFENDANT | **(334) 223-7280** | **11/29/06** |

| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS | Valerie Rhodes  1/3/07 |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I  PERSONALLY SERVED,  HAVE LEGAL EVIDENCE OF SERVICE,  HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

RETURNED AND FILED

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM / **PM** |
|---|---|---|---|
| JUN 2 2 2007 | 04-14-07 | 3:30 | |

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | SIGNATURE, TITLE AND TREASURY AGENCY |
|---|---|
| | PM  Valerie Rhodes  U. |

**REMARKS:**  Compliant, Warrant, & Notice was Unclaimed May 4, 2007 @1:39 PM an Attempt to Deliver Notice was left by the post office on April 14, 2007 @ 3:30 PM Decatur, GA 30032 by Certified mail.

**TD F 90-22.48  (6/96)**

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0013 2720 9786**
Detailed Results:

- **Delivered, May 11, 2007, 12:03 pm, SPRINGFIELD, VA 22150**
- **Notice Left, May 11, 2007, 9:24 am, SPRINGFIELD, VA 22150**
- **Unclaimed, May 04, 2007, 1:39 pm, DECATUR, GA**
- **Notice Left, April 14, 2007, 3:30 pm, DECATUR, GA 30032**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

 **POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy