**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adlai Clarke
574 Navarre Drive
Stone Mountain, GA 30087

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Eboni W Whitney*    ☐ Agent
    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*Eboni Whitney*    5/15/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7000 1670 0013 2720 9809

PS Form 3811, February 2004    Domestic Return Receipt    331-06-002    102595-02-M-1540

331-06-002

RECEIVED



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

2006 DEC 11  A 8: 12

UNITED STATES
MARSHALS SERVICE

| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER 2:06cv1065-WKW |
|---|---|
| DEFENDANT **ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS** | TYPE OF PROCESS **COMPLAINT, WARRANT & NOTICE** |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | **ADLAI CLARKE** |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) **574 NAVARRE DRIVE - STONE MOUNTAIN, GEORGIA 30087** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **John T. Harmon - Assistant U.S. Attorney** **U.S. Attorney's Office** **Post Office Box 197** **Montgomery, Alabama 36101-0197** | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 3 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF X | TELEPHONE NO. **(334) 223-7280** | DATE **11/29/06** |
|---|---|---|---|
| | DEFENDANT | | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS    Valerie Rhodes  1-3-07

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

**RETURNED AND FILED**

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) JUN 2 2 2007 | DATE OF SERVICE 04-13-07 | TIME OF SERVICE 1029 | AM / PM |

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

SIGNATURE, TITLE AND TREASURY AGENCY  M Valerie Rhodes USS

**REMARKS:** Compliant, Warrant, & Notice to Adlai Clarke was Undeliverable April 13, 2007 @ 10:29 AM, STONE MOUNTIAN, GA 30087 by Certified mail.

TD F 90-22.48  (6/96)



331-06-002

RECEIVED

2006 DEC 11  A 8:13

# Department of the Treasury
### *Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>**2:06CV1065-WKW** |
|---|---|
| DEFENDANT<br>**ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS** | TYPE OF PROCESS<br>**COMPLAINT, WARRANT & NOTICE** |

| **SERVE**<br><br>**AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>**DEFENDANT CURRENCY** |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>**C/O UNITED STATES SECRET SERVICE** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **John T. Harmon - Assistant U.S. Attorney**<br>**U.S. Attorney's Office**<br>**Post Office Box 197**<br>**Montgomery, Alabama 36101-0197** | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | **3** |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF | X | TELEPHONE NO. | DATE |
|---|---|---|---|---|
| | DEFENDANT | | **(334) 223-7280** | **11/29/06** |

| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS | *Valerie Rhodes*  1/3/07 |
|---|---|

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number<br>Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I  PERSONALLY SERVED,  HAVE LEGAL EVIDENCE OF SERVICE,  HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing<br>In the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM<br>PM |

SIGNATURE, TITLE AND TREASURY AGENCY  *Valerie Rhodes* USSS

**REMARKS:**  Pursuit to Preliminary Order of Forfeiture the assets were seized on  11/30/06.

RETURNED AND FILED

JUN 22 2007

**TD F 90-22.48   (6/96)**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.



**UNITED STATES POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7000 1670 0013 2720 9793**
Detailed Results:

- **Delivered, April 13, 2007, 12:13 pm, STONE MOUNTAIN, GA 30087**
- **Arrival at Unit, April 13, 2007, 8:50 am, STONE MOUNTAIN, GA 30087**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



POSTAL INSPECTORS          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

331-06-002

RECEIVED



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

2006 DEC 11 A 8: 12

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06CV1065-WKW |
| DEFENDANT | TYPE OF PROCESS |
| ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS | COMPLAINT, WARRANT & NOTICE |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | **BARRYRE REESE** |
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | **6870 WATERS EDGE DRIVE - STONE MOUNTAIN, GEORGIA 30087** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **John T. Harmon - Assistant U.S. Attorney**<br>**U.S. Attorney's Office**<br>**Post Office Box 197**<br>**Montgomery, Alabama 36101-0197** | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 3 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

**Barryre Reese - (770) 413-5719**

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF    X | TELEPHONE NO. | DATE |
|---|---|---|---|
| *[signature]* | DEFENDANT | **(334) 223-7280** | **11/29/06** |
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS *Valerie Rhodes  1.30* | | | |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) JUN 2 2 2007 **CLERK** | DATE OF SERVICE  *04 13 07* | TIME OF SERVICE  *12 13* | AM (PM) |
| **U.S. DISTRICT COURT**<br>**MIDDLE DIST. OF ALA.** | SIGNATURE, TITLE AND TREASURY AGENCY  *M Valerie Rhodes USS* | | |

| REMARKS: | Compliant, Warrant, & Notice was delivered to Barryre Reese on April 13, 2007 @ 12: 13 PM, STONE MOUNTIAN, GA by Certified mail. |
|---|---|

**RETURNED AND FILED**

**TD F 90-22.48   (6/96)**

 **UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0013 2720 9786**
Detailed Results:

- **Delivered, May 11, 2007, 12:03 pm, SPRINGFIELD, VA 22150**
- **Notice Left, May 11, 2007, 9:24 am, SPRINGFIELD, VA 22150**
- **Unclaimed, May 04, 2007, 1:39 pm, DECATUR, GA**
- **Notice Left, April 14, 2007, 3:30 pm, DECATUR, GA 30032**

( < Back )                    ( Return to USPS.com Home > )

---

Track & Confirm

Enter Label/Receipt Number.

---

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
**Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy**

331-06-002



RECEIVED

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

2006 DEC 11  A 8: 12

UNITED STATES
MARSHALS SERVICE
MIDDLE DISTRICT OF ALABAMA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | 2:06cv1065WKW |
| DEFENDANT | TYPE OF PROCESS |
| **ONE THOUSAND ONE HUNDRED FORTY NINE DOLLARS** | **COMPLAINT, WARRANT & NOTICE** |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | **TABITHA JACKSON** |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | **1949 BONNER STREET - DECATUR, GEORGIA 30032** |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE | 3 |
|---|---|---|
| **John T. Harmon - Assistant U.S. Attorney** | SERVED IN THIS CASE | |
| **U.S. Attorney's Office** | NUMBER OF PARTIES TO BE | |
| **Post Office Box 197** | SERVED IN THIS CASE | |
| **Montgomery, Alabama 36101-0197** | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF    X | TELEPHONE NO. | DATE |
|---|---|---|---|
| | DEFENDANT | **(334) 223-7280** | **11/29/06** |
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS | Valerie Rhodes   1/3/07 | | |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number | District of Origin | District to Serve | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|
| Of process indicated | No. | No. | | |

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.    ~~RETURNED AND FILED~~

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing |
|---|---|
| | In the defendant's usual place of abode. |

| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | AM / (PM) |
|---|---|---|---|
| JUN 22 2007 | 04-14-07 | 3:30 | |
| CLERK | SIGNATURE, TITLE AND TREASURY AGENCY | | |
| U.S. DISTRICT COURT | PM  Valerie Rhodes  U. | | |
| MIDDLE DIST. OF ALA. | | | |

| REMARKS: | Compliant, Warrant, & Notice was Unclaimed May 4, 2007 @1:39 PM an Attempt to Deliver Notice was left by the post office on April 14, 2007 @ 3:30 PM Decatur, GA 30032 by Certified mail. |
|---|---|

**TD F 90-22.48  (6/96)**



SCANNED
KH 6/22/07