IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1065-WKW |
| ) | |
| ONE THOUSAND ONE HUNDRED ) | |
| FORTY-NINE ($1,149) DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the government shall file a written status report **on or before May 12, 2008**, regarding the service of all persons having an interest in the defendant currency.

DONE this the 2nd day of May, 2008.

       /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE