IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1065-WKW |
| ) | |
| ONE THOUSAND ONE HUNDRED ) | |
| FORTY-NINE ($1,149) DOLLARS ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On June 27, 2007, the government filed an application (Doc. # 6) with the Clerk of the Court to enter default against Barryre Reese, Tabitha Jackson, Adlai Clarke, and all other persons or entities having an interest in the Defendant currency. Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions governs service in forfeiture actions in rem and requires that notice must only be sent by means "reasonably calculated to reach the potential claimant[s]" and that notice to persons who are not imprisoned "may be sent to the last address that person gave to the agency that seized the property." Rule G(4)(b). Therefore, in accordance with Rule G and in consideration of the government's application for entry of default (Doc. # 6) and status report (Doc. # 10) on the service of all interested persons, the court finds that adequate service has been perfected under the requirements of Rule G. The Clerk of the Court is DIRECTED to enter default against Barryre Reese, Tabitha Jackson, Adlai Clarke and all other persons and entities having an interest in the Defendant currency.

DONE this 15th day of May, 2008.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE