IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1065-WKW |
| ) | |
| ONE THOUSAND ONE HUNDRED ) | |
| FORTY NINE DOLLARS ($1,149) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

## ENTRY OF DEFAULT

It appearing that Barryre Reese was served by certified mail (label receipt number 7000 1670 0013 2720 9793) with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Arrest and Seizure, and Warrant and Summons for Arrest In Rem on April 13, 2007;

It appearing that Eboni Whitney signed for the certified mail addressed to Adlai Clarke at his usual place of residence and abode on May 15, 2007;

That reasonable efforts were undertaken to locate and serve Tabitha Jackson and Adlai Clarke in a manner consistent with the principles of service of process of an in rem action, and Tabitha Jackson and Adlai Clarke have failed to plead or otherwise defend as required by law.

Said Barryre Reese, Tabitha Jackson and Adlai Clarke have failed to plead or otherwise defend as required by law.

DEFAULT hereby is entered against said **Barryre Reese, Tabitha Jackson, Adlai Clarke** and all other persons and entities having an interest in the Defendant currency

DONE this 15th day of May, 2008.

/s/ Debra P. Hackett

_____
CLERK, UNITED STATES DISTRICT COURT